SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: 25-05631MB

☒ FILED    ☐ LODGED

**Feb 13 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7 Feb 24 at 12:13 p.m. | 10 Feb 25 at 11:28 a.m. | Early Warning Services, LLC via email: subpoena@earlywarning.com |

INVENTORY MADE IN THE PRESENCE OF
Early Warning Services, LLC

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

On 10 Feb 25, SA Hannah Oliver, OSI Detachment 217, Davis-Monthan AFB, AZ, received a generic response email from Early Warning Services, LLC via email: subpoena@earlywarning.com, with the following verbiage:
EWS will typically respond to subpoenas, search warrants and court orders within 30-40 days of receipt; however, due to the number of requests, our response time may be longer. This also may vary depending upon the scope of the subpoena and the type of information requested. We appreciate your patience and understanding.

As of 13 Feb 25 at 1:31 p.m., SA Oliver did not have the return documents from Early Warning Services, LLC "Zelle".

## NOT EXECUTED

☐  This Warrant was Not Executed.
   *(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 13 Feb 25

OLIVER.HANNAH.JO.1401599157
Digitally signed by OLIVER.HANNAH.JO.1401599157
Date: 2025.02.13 14:29:11 -07'00'

Executing Officer's Signature

SA Hannah Oliver
Printed Name and Title